UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOB GARCIA CALLEJA<br>Plaintiff(s),<br><br>v.<br><br>DAVID WESLING, ANTONE MONIZ, TODD<br>LYONS, and MARKWAYNE MULLIN<br>Defendant(s). | Civil Action No. 26-11279-JEK |

**JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated March 20, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Job Garcia Calleja.

Dated: March 31, 2026

/s/ Haley Currie

Deputy Clerk